# Court of Appeals
# of the State of Georgia

ATLANTA,  February 09, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0492.  NORRIS v. THE STATE.**

The above-referenced appeal was docketed with this Court on October 19, 2022. On November 14, 2022, Appellant filed a motion to remand this case to the trial court so that Appellant may raise ineffective assistance of trial counsel claims with regard to the errors about which he complains on appeal. Appellant asserts that this appeal provides his first opportunity to raise such claims because trial counsel represented him through the filing of his motion for new trial and its denial.

Inasmuch as appellate counsel did not participate in Appellant's motion for new trial, there was no opportunity to raise the ineffectiveness claim prior to the appeal, and thus, the assertion of ineffective assistance of trial counsel has been raised at the earliest practicable moment. *See* Green v. State, 295 Ga. 108, 112 (3) (757 SE2d 856) (2014); Mangrum v. State, 285 Ga. 676, 683 (12) (681 SE2d 130) (2009). Accordingly, we *GRANT* Appellant's motion to remand this case to the trial court for a hearing and determination on ineffective assistance of trial counsel.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  02/09/2023*

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*